IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **ROBERT E. SPOONER,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 03-H-0624-M |
| | ) | |
| **TERRY SURLES, SHERIFF, THE** | ) | |
| **ST. CLAIR COUNTY JAIL, and** | ) | |
| **THE ATTORNEY GENERAL OF** | ) | |
| **THE STATE OF ALABAMA,** | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED** that this petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

Costs are taxed to petitioner.

**DONE**, this 1st day of December, 2004.

_____
SENIOR UNITED STATES DISTRICT JUDGE